IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD MARTEZ ROBINSON** *a/k/a Bama*, BOP Reg. # 12137-003,   Movant,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**   Respondent. | ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 1:20-00156-WS-N

CRIMINAL ACTION NO. 1:12-00056-WS-N-2

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 256) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated May 1, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Reginald Martez Robinson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 254) is **DISMISSED with prejudice** as without merit. It is further **ORDERED** that Robinson is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Robinson is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 2nd day of June 2020.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE