# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD MARTEZ** ) | |
| **ROBINSON** *a/k/a Bama*, ) | |
| **BOP Reg. # 12137-003,** ) | |
|   Movant, ) | **CRIMINAL ACTION NO. 1:12-00056-WS-N-2** |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
|   Respondent. ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 267) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated July 17, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Reginald Martez Robinson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 dated July 8, 2020 (Doc. 266) is **DISMISSED without prejudice** for lack of jurisdiction as an unauthorized second or successive motion. Further, the Court certifies that any appeal of this dismissal would be without merit and therefore not taken in good faith. Thus, Robinson is not entitled proceed *in forma pauperis* on appeal. Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 10th day of September, 2020.

                                           /s/William H. Steele.
                                           **WILLIAM H. STEELE**
                                           **UNITED STATES DISTRICT JUDGE**